## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL HURT and**
**AUSTIN BENNETT**                                              **PLAINTIFFS**

**v.**                         **No. 4:21-cv-643-DPM**

**RALPH'S PLUMBING & MORE, LLC**
**and RALPH GARY RILEY**                              **DEFENDANTS**

### ORDER

1.      Hurt and Bennett claim that Ralph's Plumbing and Ralph Riley didn't pay them all the wages they were owed under federal and state law. There's a complaint and an amended complaint, which added Bennett. The employers move to dismiss both pleadings, arguing defects in the summonses and failure to state solid wage claims.

The problems in the original summons do not warrant dismissal. It's true that the summons misspelled the LLC's name (Moore for More) and that the Clerk's seal is either missing or so faint that it is unreadable. *Doc. 15*. But there was no prejudice. The LLC and Riley answered in time. The other alleged defects are either immaterial or have been cured. Plus, Ralph's Plumbing & More, LLC was correctly named in the original complaint, *Doc. 1*, the amended complaint, *Doc. 9*, and the summons served on Ralph Riley (through his son at Riley's

home) with the amended complaint, *Doc. 16*.   The Court therefore authorizes Hurt to amend *Doc. 15*.   Fed. R. Civ. P. 4(a)(2).

The defendants are mistaken about the alleged defects in the summons that accompanied the amended complaint.   It's not clear to the Court that a summons was even necessary.   But it was done.   The problems were fixed, at least as to Riley.   And both Defendants answered again.

**2.**   Ralph's Plumbing and Riley argue that the workers must plead their claims more specifically.   Taking the workers' factual allegations as true and making all reasonable inferences in their favor, *Jones v. Douglas County Sheriff's Department*, 915 F.3d 498, 499 (8th Cir. 2019), the Court disagrees.   To make out a solid overtime claim, the workers must plausibly allege that they were employed by Ralph's Plumbing and Riley and that they performed work involving interstate activity for which they weren't paid.   29 U.S.C. § 207(a)(1). They have done so.

\*       \*       \*

Motions, *Doc. 11 & 21*, denied.   Amended summons to Ralph's Plumbing and More, LLC, related to the original complaint due by 10 June 2022.

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_31 May 2022_