IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL HURT                                                              PLAINTIFFS

v.                          No. 4:21-cv-643-DPM

RALPH'S PLUMBING & MORE, LLC
and RALPH GARY RILEY                                                     DEFENDANTS

ORDER

The Court notes the parties' joint motion, *Doc. 33*. One loose end: the motion papers and the settlement agreement are silent on attorney's fees and costs. The Court would appreciate counsel's confirmation that these issues have been resolved and that the parties negotiated any attorney's fee separately from the settlement of the wage claims, and without regard to those claims, thereby eliminating any potential conflict of interest between the lawyers and the clients. *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019). Joint report due by 5 May 2023.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 April 2023