IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL HURT                                                                    PLAINTIFFS

v.                           No. 4:21-cv-643-DPM

RALPH'S PLUMBING & MORE, LLC
and RALPH GARY RILEY                                                DEFENDANTS

## ORDER

Joint status report, *Doc. 35*, appreciated. The joint motion, *Doc. 33*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the attorney's fee was negotiated separately. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

22 May 2023