IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL HURT and
AUSTIN BENNETT
                                                                                    PLAINTIFFS

v.                         No. 4:21-cv-643-DPM

RALPH'S PLUMBING & MORE, LLC
and RALPH GARY RILEY                                           DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.  The Court retains jurisdiction until 18 July 2023 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 May 2023